UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Montella Lamont Williams**  Docket No. 5:10-CR-347-1D

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Montella Lamont Williams, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack), 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 17, 2011, to the custody of the Bureau of Prisons for a term of 240 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months. On April 3, 2020, an order was filed with the court reducing Williams' sentence from 240 months to 120 months.

Montella Lamont Williams was released from custody on April 10, 2020, at which time the term of supervised release commenced.

On September 13, 2021, a Violation Report was submitted to the court advising the defendant committed the offense of Driving While License Revoked. The defendant was verbally reprimanded for his decision to drive without being properly licensed to do so. Supervision was continued.

On March 27, 2024, a Petition for Action was submitted to the court advising that the defendant committed the offense of Driving While Impaired. The defendant participated in our district's Remote Alcohol Monitoring Program for 60 days. Supervision was continued.

On November 21, 2024, a Petition For Action was submitted to the court to add a Cognitive Behavioral Therapy condition so the defendant may participate in Moral Reconation Therapy. This intervention is intended to enhance the defendant's chances of successful completion of supervision. Supervision was continued.

On March 26, 2025, a Violation Report was submitted to the court advising the defendant committed the offense of Driving While License Revoked. The defendant was verbally reprimanded for his actions. Supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 24, 2025, the defendant was charged with Driving While License Revoked (25CR8888) in Nash County, North Carolina. Williams failed to notify his supervising officer of the charge. To address this Driving While License Revoked charge, it is respectfully recommended that the defendant perform 25 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 25 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Montella Lamont Williams
Docket No. 5:10-CR-347-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Quanda L. Lunsford<br>Quanda L. Lunsford<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8801<br>Executed On: December 11, 2025 |

## ORDER OF THE COURT

Considered and ordered this _15_ day of _December_, 2025 and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge